AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 14-266  DATE FILED: 1/16/2014 | US DISTRICT COURT, EASTERN DISTRICT OF PA<br>ROOM 2609, 601 MARKET STREET<br>PHILADELPHIA, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 69.249.167.197 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | - SEE ATTACHED - | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# File Hashes for IP Address 69.249.167.197

**ISP:** Comcast Cable
**Physical Location:** Huntingdon Valley, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/05/2014 18:25:12 | B712D721CDDE7FF231F4CAFAD9A0FC699EB6E27E | Anneli Dream Girl |
| 01/05/2014 17:00:08 | B17CDE7CBF95A818FAEE85459CDFFF5CAF6207CD | Threes Company |
| 01/05/2014 14:44:01 | 0C67AD2D1B7BE7AA62FB45BE65534C6BD2E4B723 | Clean and Wet |
| 01/03/2014 14:05:36 | 9DBFF1CD6249AA5AF9C2CD44E80651CB5EBD518E | Blonde Ambition |
| 01/03/2014 10:39:34 | 357E724625B38760F17E283FAB0D509338BA6D1F | Angel Seaside Romp |
| 01/03/2014 03:46:25 | 3D6C68E460C2C41DA6B231E665FC6CBFCB69D4E0 | A Blonde in my Bedroom |
| 01/03/2014 03:45:32 | 8201E8345426656B9F50D7B674A59A093392C2E6 | Carmen An Afternoon to Remember |
| 01/02/2014 23:49:48 | 8C80ECEE37E63AC60E39D29DC0BD993A3F5D7FDE | Evening at Home |
| 01/02/2014 07:57:33 | 0CBBDEEE7D76B954B1159E3C8F9917D6C7D3D5E0 | Farewell |
| 01/02/2014 03:27:38 | 019650D10FDD6E5088423F036E97C2A0E627DACA | Rolling in the Sheets |
| 01/02/2014 03:27:13 | CFE6BB9B0388C1CB4E1AAF2E5EA7886AD52375CA | Coucher Avec une Autre Fille |
| 01/01/2014 20:48:30 | 1C4861283F3D58BC3B3A68FF55597199291CED62 | Simply Stunning |
| 01/01/2014 19:52:24 | F0DDABC259253836A28932B365AFB0D1387A1992 | Dangerous Game |
| 12/30/2013 04:23:15 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 12/30/2013 03:58:54 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 12/29/2013 19:19:45 | EF0B10A7905EDD7F159A9382C27BAC471AA0F1C5 | Santas Little Helper |
| 11/29/2013 19:06:46 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 11/16/2013 16:54:38 | 2DC6BBA2C049A7C41ACD57CD8E5CD3523E59BD5C | Slow Motion |
| 11/16/2013 05:07:19 | 64F2EB0CE903C4DF2FE06E5F0B47727B940E0CF1 | Come from behind |
| 11/16/2013 02:59:26 | 63E50DE74D0370BBEA36BA8D30AD46BAD3714308 | Party Boat |
| 11/16/2013 02:49:52 | BD110EB348350F32EF067FC8E7D9A92A63DC8477 | Baby Blues |
| 11/16/2013 02:24:53 | D4971F4634C59AB91BF169529D62AC7CEA847FE5 | Body Language |
| 09/06/2013 02:05:15 | 761074FA959C9C647FBE226AD4E10465AF924F79 | We Love Ourselves |

EXHIBIT A

EPA272

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/06/2013 01:43:34 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 09/06/2013 01:31:18 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 09/05/2013 23:27:33 | DC12C73556BBCEC8EC32C65BC6343DEF1A55DF67 | Malibu Moments |
| 08/14/2013 01:45:20 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |

**Total Statutory Claims Against Defendant: 27**

Copyrights-In-Suit for IP Address 69.249.167.197

**ISP:** Comcast Cable
**Location:** Huntingdon Valley, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/21/2013 | 01/03/2014 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 01/03/2014 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 01/05/2014 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 11/16/2013 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 01/03/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 11/16/2013 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 01/03/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 01/05/2014 |
| Come from behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 11/16/2013 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 01/02/2014 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 01/01/2014 |
| Evening at Home | PA0001782559 | 03/21/2012 | 03/22/2012 | 01/02/2014 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 01/02/2014 |
| Girl in a Room | PA0001860968 | 08/07/2013 | 09/06/2013 | 12/30/2013 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 09/06/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/05/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/29/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 11/16/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 09/06/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 01/02/2014 |
| Santas Little Helper | PENDING | 12/23/2013 | 12/30/2013 | 12/29/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 01/01/2014 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 11/16/2013 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/30/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/14/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 01/05/2014 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 09/06/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 27**

EXHIBIT B
EPA272